## Robert and Lori Halpin: List of Creditors

1. Chase SW Visa
   PO Box 1423, Charlotte, NC 28201-1423
   Balance due: $12,890.00

2. Macy's
   PO Box 9001094, Louisville, KY 40290-1094
   Balance due: $2,005.00

3. Lord & Taylor
   P.O Box 71106, Charlotte, NC 27282-1106
   Balance due: $1,982.00

4. Neiman Marcus
   PO Box 5235, Carol Stream, IL 60197-5235
   Balance due: $130.00

5. Best Buy
   PO Box 78009, Phoenix, AZ 85062-8009
   Balance due: $411.00

6. Saks
   PO Box 71106, Charlotte, NC 28272-1106
   Balance due: 1,004.00

7. Amazon Store Card
   Synchrony Bank/Amazon
   PO Box 960013, Orlando, FL 32896-0013
   Balance due: $962.00

8. Kohl's
   PO Box 2983, Milwaukee, WI 53201-2983
   Balance due: $2,080.00

9. Nordstrom
   PO Box 79139, Phoenix AZ 85062-9139
   Balance due: $1,984.00

10. Home Depot
    Dept. 32-2531854929, PO Box 9001043
    Louisville, KY 40290-1043
    Balance due: $331.00

11. Shell
    PO Box 9001011, Louisville, KY 40290-1011
    Balance due: $520.00

12. BP
    BP/SYNCB, PO Box 530942
    Atlanta, GA 30353-0942
    Balance due: $378.00

# EXHIBIT A

13. PayPal
    PO Box 105658,, Atlanta, GA 30348-5658
    Balance due: $3,854.00

14. Principal Financial Loan
    Des Moines, IA 50392-1520
    Balance due: $26,571.00