# PROCEEDING MEMO

Date: 02/05/2019 10:00 am

In re: Robert Halpin, Reputed Debtor

Bankruptcy No. 18-22057-CMB
Chapter: 7
Doc. # 48

**Appearances:**

**Movant(s):** Ryan Cooney and James Conney for Reputed Debtor

**Respondents:** Kevin Capuzzi

**Nature of Proceeding:** # 48 Petitioning Creditor's Motion to Compel Reputed Debtors to Provide Complete Interrogatory Responses and Produce Responsive Documents, and to Reimburse Petitioner Its Fees and Costs Incurred with this Motion

**Additional Pleadings:** #50 Reputed Debtor's Response

**Judge's Notes:**

**Outcome:**

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                    Respondent(s) brief due _____ days
                    Trustee's brief due _____ days

*Handwritten notes:* Cont'd to status conf on April 2 at 10:00; attys may appear by phone. — Parties to discuss selection of mediator, decision to be made by March 5; status report to be filed by March 5. — Documents to be produced by March 5. Deposition of Robert Halpin to be held by March 22.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
2/5/19 1:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA