**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | |
|---|---|
| **ROBERT HALPIN,** | **Bankruptcy No. 18-22057-CMB** |
| Reputed Debtor. | Involuntary Chapter 7 |
| **A.G. CULLEN CONSTRUCTION, INC.,** | Related to Doc. No. 56 |
| Movant, | |
| vs. | |
| ROBERT HALPIN, | |
| Respondent. | |

_____

IN RE:

| | |
|---|---|
| **LORI HALPIN,** | **Bankruptcy No. 18-22059-CMB** |
| Reputed Debtor. | Involuntary Chapter 7 |
| **A.G. CULLEN CONSTRUCTION,** | Related to Doc. No. 46 |
| Movant, | |
| vs. | |
| LORI HALPIN, | |
| Respondent. | |

## STATUS REPORT

**AND NOW**, the Reputed Debtors, Robert Halpin and Lori Halpin, by their undersigned counsel, submit the following **Status Report:**

1. The Parties participated in a mediation on March 29, 2019.

2. During the mediation, the Parties came to a resolution which resolves all

outstanding issues.

     3.     The Parties documented their resolution through a mediation term sheet which terms will be incorporated into a formal settlement and release agreement.

     4.     Upon completion of a formal settlement and release agreement, the Parties will file a motion to approve the same. The Debtor anticipates that the motion will be filed in the next twenty-one (21) days.

Respectfully Submitted,

*/s/ Robert O Lampl*

ROBERT O LAMPL
PA I.D. #19809
JAMES R. COONEY
PA I.D. #32706
DAVID L. FUCHS
PA I.D. #205694
RYAN J. COONEY
PA I.D. #319213
223 Fourth Avenue, 4th Fl.
Pittsburgh, PA  15222
(412) 392-0330 (phone)
(412) 392-0335 (facsimile)
Email:  rlampl@lampllaw.com

Attorneys for the Reputed Debtors

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**

| | |
|---|---|
| **ROBERT HALPIN,** | **Bankruptcy No. 18-22057-CMB** |
| Reputed Debtor. | **Involuntary Chapter 7** |
| **A.G. CULLEN CONSTRUCTION, INC.,** | **Related to Doc. No. 56** |
| Movant, | |
| vs. | |
| **ROBERT HALPIN,** | |
| Respondent. | |

_____

**IN RE:**

| | |
|---|---|
| **LORI HALPIN,** | **Bankruptcy No. 18-22059-CMB** |
| Reputed Debtor. | **Involuntary Chapter 7** |
| **A.G. CULLEN CONSTRUCTION,** | **Related to Doc. No. 46** |
| Movant, | |
| vs. | |
| **LORI HALPIN,** | |
| Respondent. | |

### **CERTIFICATE OF SERVICE**

I, Robert O Lampl, hereby certify that on the 1st day of April, 2019, I served a true and correct copy of the within **Status Report** upon the following *(via Electronic Service):*

3

Richard Kalson
Benesch, Friedlander, Coplan & Aronoff, LLP
41 S. High Street
Suite 2600
Columbus, Ohio 43215
*rkalson@beneschlaw.com*

Kevin M. Capuzzi
Benesch, Friedlander, Coplan & Aronoff, LLP
222 Delaware Avenue
Suite 801
Wilmington, DE 19801
*kcapuzzi@beneschlaw.com*

       */s/ Robert O Lampl*_____

ROBERT O LAMPL
PA I.D. #19809