# PROCEEDING MEMO

Date: 06/11/2019 10:00 am

In re: Robert Halpin

Bankruptcy No. 18-22057-CMB
Chapter: 7 - INVOLUNTARY
Doc. # 48

**Appearances:**

Movant(s): Ryan Cooney ~~and James Cooney~~ ✓ for Reputed Debtor

Respondents: Kevin Capuzzi - By Phone ✓ / Richard Kalson - By Phone ✓

Creditor(s):

Nature of Proceeding: CONTINUED Status Conference Re: #48 Petitioning Creditor's Motion to Compel Reputed Debtors to Provide Complete Interrogatory Responses and Produce Responsive Documents, and to Reimburse Petitioner Its Fees and Costs Incurred with this Motion

Additional Pleadings:
#50 Reputed Debtor's Response
#55 Notice of Continued Deposition of Robert Halpin
#56 Joint Status Conference Report Regarding Mediation
#57 Withdrawal of Notice of Continued Deposition of Robert Halpin
#58 Status Report
#62 Certification of Counsel Regarding Appointment of Mediator Nunc Pro Tunc

#63 Consent Order Signed 04/01/2019 Requiring Mediation
#65 Mediator's Certificate of Completion of Mediation Conference

Judge's Notes:

Outcome: — Matter Resolved. A new motion may be filed if necessary.

___ Motion is GRANTED  ___ Order entered
___ Motion is DENIED ___ Order entered
___ Motion WITHDRAWN
___ Motion is DISMISSED    Order entered
___ Reschedule for Proper Service
___ Case DISMISSED    Order entered
___ Parties to submit Order/Settlement/Stipulation by ___ days
___ CONTINUED MATTER: ___ for at least ___ days (Court to Issue Order)
___ to hearing date of ___
___ ISSUE EVIDENTIARY HEARING NOTICE
___ Discovery time needed ___ days
___ Briefs to be filed:   Movant(s) brief due ___ days
                          Respondent(s) brief due ___ days
                          Trustee's brief due ___ days

FILED
6/11/19 12:48 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge