PROCEEDING MEMO

Date: 06/11/2019 10:00 am

In re: Robert Halpin

Bankruptcy No. 18-22057-CMB
Chapter: 7 - INVOLUNTARY
Doc. # 26

Appearances:

Movant(s): Ryan Cooney ~~and James Cooney~~ for Reputed Debtor ✓

Respondents: Kevin Capuzzi - By Phone | Richard Kalson - By Phone ✓

Creditor(s):

Nature of Proceeding: CONTINUED Status Conference # 26 Answer and Affirmative Defenses to Involuntary Chapter 7 Petition and #11 Motion to Dismiss Involuntary Petition by Robert Halpin

Additional Pleadings:   #15 Petitioning Creditor's Objection to the Reputed Debtors' Motion to Dismiss Involuntary Chapter 7 Petition
#21 Brief by Reputed Debtor to Dismiss Involuntary Chapter 7 Petition
#55 Notice of Continued Deposition of Robert Halpin
#56 Joint Status Report Regarding Mediation
#57 Withdrawal of Notice of Continued Deposition of Robert Halpin
#58 Status Report
#62 Certification of Counsel Regarding Appointment of Mediator Nunc Pro Tunc
#63 Consent Order Signed 04/01/2019 Requiring Mediation
#65 Mediator's Certificate of Completion of Mediation Conference

Judge's Notes:

Outcome:

- Following mediation, discovered settlement not workable.
- Motion to Compel may be filed re Blue Island + set for hearing in July.
- Settlement talks to be ongoing + potential for continued mediation.
- Pretrial to be held on 8/28/19 at 10AM. At that time, parties to report on discovery. Trial scheduled for October 23rd at 10AM.
- Participation by phone permitted for 8/28 pretrial.

____ Motion is GRANTED ____ Order entered
____ Motion is DENIED ____ Order entered
____ Motion WITHDRAWN
____ Motion is DISMISSED   Order entered
____ Reschedule for Proper Service
____ Case DISMISSED   Order entered
____ Parties to submit Order/Settlement/Stipulation by ____ days
____ CONTINUED MATTER: ____ for at least ____ days (Court to Issue Order)
____ to hearing date of ____
____ ISSUE EVIDENTIARY HEARING NOTICE
____ Discovery time needed ____ days
____ Briefs to be filed:   Movant(s) brief due ____ days
                           Respondent(s) brief due ____ days
                           Trustee's brief due ____ days

FILED
6/11/19 1:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Carlota M. Böhm
Chief U.S. Bankruptcy Judge