# PROCEEDING MEMO

Date: 08/28/2019 10:00 am

In re: Robert Halpin

Bankruptcy No. 18-22057-CMB
Chapter: 7 - INVOLUNTARY
Doc. # 11 and 26

**Appearances:**

Movant(s): ~~Ryan Cooney and~~ James Cooney ✓ for Reputed Debtor  Clausa Sullivan ✓

Respondents: Kevin Capuzzi - BY PHONE ✓; Richard Kalson - BY PHONE ✓

**Creditor(s):**

Nature of Proceeding: CONTINUED Status Conference # 26 Answer and Affirmative Defenses to Involuntary Chapter 7 Petition and #11 Motion to Dismiss Involuntary Petition by Robert Halpin

Additional Pleadings:    #15 Petitioning Creditor's Objection to the Reputed Debtors' Motion to Dismiss Involuntary Chapter 7 Petition
#21 Brief by Reputed Debtor to Dismiss Involuntary Chapter 7 Petition
#55 Notice of Continued Deposition of Robert Halpin
#56 Joint Status Report Regarding Mediation
#57 Withdrawal of Notice of Continued Deposition of Robert Halpin
#58 Status Report
#62 Certification of Counsel Regarding Appointment of Mediator Nunc Pro Tunc
#63 Consent Order Signed 04/01/2019 Requiring Mediation
#65 Mediator's Certificate of Completion of Mediation Conference

**Judge's Notes:**
**Outcome:**

- Petitioning Creditor obtaining new local counsel & still reviewing production by Blue Island.
- Parties not ready for an October trial date. October 23rd is no longer reserved for trial. October 23rd at 10am shall be a status conference. At that time, the parties shall be prepared to address when they will be ready for a pretrial conference + trial date.
- At that time, they shall also report on the dispute re number of creditors.
- Parties shall continue to discuss settlement.

_____ Motion is GRANTED _____ Order entered
_____ Motion is DENIED _____ Order entered
_____ Motion WITHDRAWN
_____ Motion is DISMISSED    Order entered
_____ Reschedule for Proper Service
_____ Case DISMISSED    Order entered
_____ Parties to submit Order/Settlement/Stipulation by _____ days
_____ CONTINUED MATTER: _____ for at least _____ days (Court to Issue Order)
_____ to hearing date of _____
_____ ISSUE EVIDENTIARY HEARING NOTICE
_____ Discovery time needed _____ days
_____ Briefs to be filed:    Movant(s) brief due _____ days
                Respondent(s) brief due _____ days
                Trustee's brief due _____ days

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
8/28/19 11:34 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA