# PROCEEDING MEMO

**Date: 11/05/2019 02:30 pm**

In re: Robert O. Halpin

Bankruptcy No. 18-22057-CMB
Chapter: 7
Doc. # 11

**Appearances:** Ryan Cooney;   Kevin Capuzzi - BY PHONE;   Gusty Sunseri

**Nature of Proceeding:** #11 and #26 Rescheduled Status Conference Hearing Re: Motion to Dismiss Involuntary Petition by Robert Halpin and Answer and Affirmative Defenses to Involuntary Chapter 7 Petition

**Additional Pleadings:** #15 Petitioning Creditor's Objection to the Reputed Debtors' Motion to Dismiss Involuntary Chapter 7 Petition
    #21 Brief by Reputed Debtor to Dismiss Involuntary Chapter 7 Petition
    #55 Notice of Continued Deposition of Robert Halpin
    #56 Joint Status Report Regarding Mediation
    #57 Withdrawal of Notice of Continued Deposition of Robert Halpin
    #58 Status Report
    #62 Certification of Counsel Regarding Appointment of Mediator Nunc Pro Tunc
    #63 Consent Order Signed 04/01/2019 Requiring Mediation
    #65 Mediator's Certificate of Completion of Mediation Conference
    #80 Petitioning Creditor's Motion For Adjournment of Status Conference for 10/23/2019
    #82 Order Signed 10/03/2019 Granting Docket #80

**Judge's Notes:**

14 days for debtor to file a list of all creditors according to Rule 1003(b)

Attorney sunseri allowed 45 days from the filing of the Rule 1003(b) list to contact the creditors, discovery is open but limited to issues arising from the list of creditors

matter continued to status conference on 1/8/20 at 10:00 (appearance via telephone is permitted)

court directs an in person meeting between attorney sunseri and attorney cooney, a minimum of 2 hours, by 12/10/19, with clients to be available by phone, attorney capuzzi may be available by phone, court prefers attorney capuzzi attend in person. status report to be filed by attorney cooney by 12/12/19

            **Carlota M. Böhm**
            **Chief U.S. Bankruptcy Judge**

            FILED
            11/5/19 4:52 pm
            CLERK
            U.S. BANKRUPTCY
            COURT - WDPA