IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| ROBERT HALPIN, | : | Bankruptcy No. 18-22057-CMB |
| | : | |
| Reputed Debtor. | : | |
| | : | Involuntary Chapter 7 |
| ROBERT HALPIN, | : | |
| | : | |
| Movant, | : | |
| v. | : | Related to Doc. Nos. 1, 11, 26 & 86 |
| | : | |
| A.G. CULLEN CONSTRUCTION, | : | |
| INC., PAUL CULLEN, RICHARD | : | |
| KALSON and BENESCH, | : | |
| FRIEDLANDER, COPLAN | : | |
| & ARONOFF, LLP, | : | |
| | : | |
| Respondents. | : | |

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| LORI HALPIN, | : | Bankruptcy No. 18-22059-CMB |
| | : | |
| Reputed Debtor. | : | |
| | : | Involuntary Chapter 7 |
| LORI HALPIN, | : | |
| | : | |
| Movant, | : | |
| v. | : | Related to Doc. Nos. 1, 12, 27 & 69 |
| | : | |
| A.G. CULLEN CONSTRUCTION, | : | |
| INC., PAUL CULLEN, RICHARD | : | |
| KALSON and BENESCH, | : | |
| FRIEDLANDER, COPLAN | : | |
| & ARONOFF, LLP, | : | |
| | : | |
| Respondents. | : | |

## ORDER

**AND NOW,** this 11th day of December, 2019, whereas an *Amended List of Creditors Pursuant to Bankruptcy Rule 1003(b)* was filed in the above-captioned cases (Case No. 18-22057,

Doc. No. 86; Case No. 18-22059, Doc. No. 69) by Robert and Lori Halpin, and whereas a reasonable opportunity for other creditors to join in the involuntary petitions filed by A.G. Cullen Construction, Inc. (the "Petitioning Creditor") is being provided pursuant to Fed.R.Bankr.P. 1003(b) as set forth on the record on November 5, 2019,

It is hereby **ORDERED, ADJUDGED, and DECREED** that:

1. If at least two additional creditors have not joined in the petitions pursuant to 11 U.S.C. §303(c) on or before **January 3, 2020**, the Petitioning Creditor shall file a status report on or before **January 6, 2020**, indicating how it intends to proceed. The status report shall specifically address the following:

    a. Whether the Petitioning Creditor nonetheless intends to proceed with these involuntary petitions pursuant to 11 U.S.C. §303(b)(2) and have an opportunity to establish at an evidentiary hearing that fewer than 12 creditors exist;

    b. Whether the Petitioning Creditor concedes that it cannot proceed under §303(b)(2) without additional creditors joining in the petitions.

2. In the event these involuntary petitions are to proceed to an evidentiary hearing, the parties shall be prepared to address at the status conference on **January 8, 2020**, at **10:00 A.M.** what issues remain in dispute and must be resolved at an evidentiary hearing.

Carlota M. Böhm
Chief U.S. Bankruptcy Judge

FILED
12/11/19 3:12 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA