Form 209

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

96 – 95
gamr

In re:

Bankruptcy Case No.: 18–22057–CMB

Chapter: 7
Hearing Date: 1/29/20 at 01:30 PM

**Robert O. Halpin**
    Debtor(s)

### CERTIFICATE OF SERVICE

I,_____, of ** _____

_____

_____

**CERTIFY:**

   **That I am at least 18 years of age:**

   **That on the _____ day of _____, _____, I served a copy of the within Order Setting Date Certain** *together with the Motion* **filed in this proceeding, on:**

**on the Respondent(s) in this proceeding, by (describe the mode of service):**

**at the following address(es):**

**I certify under penalty of perjury that the foregoing is true and correct.**

Executed on _____            _____
                    (Date)                                                      (Signature)

**\*\*Indicate Current Mailing Address**