IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| Robert Halpin, | : | Case No. 18-22057-CMB |
| | : | Involuntary Chapter 7 |
| | | Related to Doc. Nos. 1, 11, 26, 139 |
| *Reputed Debtor.* | : | |

IN RE:

| | | |
|---|---|---|
| Lori Halpin, | : | Case No. 18-22059-CMB |
| | : | Involuntary Chapter 7 |
| | | Related to Doc. Nos. 1, 12, 27, 118 |
| *Reputed Debtor.* | : | |

## **ORDER**

**AND NOW,** this 30th day of June, 2020, whereas a *Certification of Counsel for Order of Court* (Case No. 18-22057, Doc. No. 139; Case No. 18-22059, Doc. No. 118) was filed in each of the above-captioned cases accompanied by a proposed order to resolve issues in both cases, including the pending *Answers and Affirmative Defenses to Involuntary Chapter 7 Petitions* (Case No. 18-22057, Doc. No. 26; Case No. 18-22059, Doc. No. 27), which incorporated the arguments set forth in the *Motions to Dismiss Involuntary Chapter 7 Petitions Pursuant to Bankruptcy Rule 1011 and for Judgment Against the Respondents Pursuant to 11 U.S.C. 303* (Case No. 18-22057, Doc. No. 11; Case No. 18-22059, Doc. No. 12),

The Court hereby **ORDERS, ADJUDGES, and DECREES** as follows:

(1)     Whereas the parties' proposed order provides for the dismissal of the involuntary petition filed against Lori Halpin and whereas pursuant to 11 U.S.C. §303(j), "only after notice to all creditors and a hearing may the court dismiss a petition filed under this section," a **telephonic** hearing on the proposed order will be held on **July 28, 2020, at 9:00**

**A.M.** Arrangements to participate in the telephonic hearing shall be made through CourtCall as directed in Judge Böhm's Modified Telephonic Procedures posted on the Court's website.

(2)  Any response or objection to the entry of the parties' proposed order shall be filed on or before **July 21, 2020.**

(3)  At the hearing on July 28, 2020, the Court may enter the parties' proposed order resulting in the dismissal of the case against Lori Halpin and entry of an order for relief against Robert Halpin. **Even if no objections or responses are filed, the Court will hold the hearing so that the parties' agreement can be placed on the record**.

(4)  Counsel for the Halpins shall immediately serve a copy of this Order and the *Certification of Counsel for Order of Court* with the parties' proposed order on all creditors, including all creditors identified on the *Second Amended List of Creditors Pursuant to Bankruptcy Rule 1003(b)*, and file a Certificate of Service forthwith.

Carlota M. Böhm
Chief United States Bankruptcy Judge

FILED
6/30/20 4:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA