BOF 2530
(Rev. 12/15)

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | |
| : | |
| Robert O. Halpin : | |
| : | Case No. 18-22057-CMB |
| *Debtor\** : | |
| : | |
| : | |
| : | |

**ORDER FOR RELIEF UNDER CHAPTER 7**

On consideration of the petition filed on the 21st day of May, 2018, against the above-named Debtor, an order for relief under chapter 7 of title 11 of the United States Code is granted.

Date:  July 28, 2020                                  /s/Hon. Carlota M. Böhm
                                                             Chief United States Bankruptcy Judge

_____

*\*Include all names used by debtor within last eight years*.

#46b-D